In the Matter of the Accounting of MARGARET HUMBERT, as Administratrix with the Will Annexed of the Estate of DYTON P. BARCLAY, Deceased, Respondent. ALEXANDER K. MOORE, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.